PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

MAR 11 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Corpus Christi__ DIVISION

__Benjamin Franklin, 1561085__
Plaintiff's Name and ID Number

__McConnell Unit__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__Christopher D. Sweet, McConnell unit__
Defendant's Name and Address

__John Doe - ~~Officer~~ McConnell unit__
Defendant's Name and Address

__John Doe - McConnell unit__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

# CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on <u>another piece of paper</u>, giving the same information.)
      1. Approximate date of filing lawsuit: Nov 30 2017
      2. Parties to previous lawsuit:
         Plaintiff(s) Benjamin Franklin
         Defendant(s) Beeville city of Texas, et Al,
      3. Court: (If federal, name the district; if state, name the county.) Southern
      4. Cause number: 2:17-CV-370
      5. Name of judge to whom case was assigned: Hilda Tagle
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: McConnell

III. EXHAUSTION OF GRIEVANCE PROCEDURES: 2019026178
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Benjamin Franklin, McConnell unit, 3001 S. Emily drive Beeville, Texas 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Christopher D. Sweet, Sergeant of Correctional officers, McConnell unit
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
deliberate indifference to plaintiff's property rights AND willful omission to correct Subordinate

Defendant #2: John Doe, Correctional officer, McConnell unit
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Confiscation of property without due Process of Law - violated Procedural due Process rules

Defendant #3: John Doe, Investigator of Grievance, McConnell unit
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Civil conspiracy with Actual malice in depriving plaintiff of property, Aided other defendants to evade responsibility for my property, omission of responsive Action in grievance system.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My property was confiscated without due process of law violation of Procedural due Process rules A. Cell-House during Unit Lock-Down 19 Oct. 2018. defendant - Correctional officer John Doe, defendant - Sweet And defendant - John Doe - Investigator. John Doe - officer conducted in cell search he removed my Hand Gloves from cell Locker because thats were I put them. $ Defendant Sweet ordered John Doe - officer And other of his subordinates to give Confiscation to inmates if they remove items from any cell. John Doe - officer did not listen because many inmates were missing medical items etc... I filed A grievance However Investigator defendant John Doe omit to find fault in either of defendant Sweet or defendant John Doe - officer even with camera filming record to help with investigation. The @ Grievance manual page 3 states I'am to get ALL Formal written responses But I did not, omission of responsive Action in grievance system.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Give me Prisoner Release order ~~(illegible)~~.

Give me Compensatory And Punitive damages in Amount of $100,000.00 against each defendant

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __Southern__
2. Case number: __2:17-CV-370__
3. Approximate date warning was issued: __10 Dec. 2018__

Executed on: __3 March 2019__
            DATE

                                                                _____
                                                                (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __03__ day of __march__, 20 __19__.
           (Day)                (month)              (year)

                                                                _____
                                                                (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

Additional Lawsuits                    Attachment For Prisoners Rights Complaint

1). Jun. 5 2017
2. Benjamin Franklin
   Ricky Pool, et Al.
3. Northern
4. 7:17-CV-82-O
5. Reed O'Connor
6. Still Pending

---

1). 11/23/2015
2. Benjamin Franklin
   Glenna S. Blair
3. Northern
4. 7:15-CV-00169-O
5. Reed O'connor
6. Still Pending

1). 11-20-17
2). Benjamin Franklin
    Maggie Schillaci
3). Northern
4). 7:17-CV-166-O
5). Reed O'connor
6). Still Pending

1). Aug 2 2017
2. Benjamin Franklin
   Marissa Mayer
3. Northern
4. 3:17-CV-03606-WHA
5. William Alsup
6. Dismissed
7. August 2, 2017

1). 08/07/2017
2. Benjamin Franklin
   Hazelle M. Davis, et Al
3. Northern
4. 7:17-CV-00109-O
5. Reed O'Connor
6. Still Pending

# Texas Department of Criminal Justice

**Exhibit A**

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019026178 |
| Date Received: | 10.25.18 |
| Date Due: | 12.4.18 |
| Grievance Code: | 512 |
| Investigator ID #: | 2547 |
| Extension Date: | |
| Date Ret'd to Offender: | DEC 05 2018 |

Offender Name: **Benjamin Franklin** TDCJ # **1561085**
Unit: **McConnell** Housing Assignment: **3 B 62 T**
Unit where incident occurred: **McConnell**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Christopher D. Sweet - Sergeant of Correctional Officers** When? **20 October 2018**

What was their response? **I told the Officers to give Confiscation Papers when take Property during Lockdown**

What action was taken? **None Action Taken** OCT 25 2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On date: **19 AND 20 October 2018** Time: **prior 1200** Sergeant Sweet told me and others to write Property Officer Mr. Menchaca, Rafael - Correctional Officer I for your property taken during second Lockdown Property Search inside cell on 3-Building B-Pod 3-Section Because "I told the Correctional Officers to give Confiscation Paper to offenders However they disobey my Lawful order they wanted to do things there own way." T.D.C.J. General Rules of Conduct And Disciplinary Action Guidelines for Employees PD-22 Rules 13 AND 36 Failure to obey a proper order from an Authority verbal or written order issued directly to Employee by or through chain of supervision — Insubordination prohibited disrespect for authority of Sergeant Christopher D. Sweet through behavior of Correctional Officers. My Gloves taken was not returned to me nor was I given Confiscation Papers I wrote an I-60 request form to Mr. Menchaca on date: 22 October 2018 my name and I.D. Number is on gloves I purchased from Commissary on date: 26 October 2017 Time 13:39:09 Location 0482-02 Salesperson: OW0004 Item Number: 00911-D-Gloves-Jersey Cotton Gloves Price .85¢ Violation of United States Constitutional Right Amendment V, XIV deprived of Property without due Process of law. T.D.C.J. Offender Grievance Procedure Issue Codes: 512 @ Confiscated Property, 523 — Facility Lockdown, 515 — Property Lost as result of Staff, 518 — Searches — Housing. Sgt. Sweet could have filed employee Grievance because of Insubordination of Co-workers why did he not? Blow the Whistle (see) 2016 TX. App. Lexis 5765 — Texas Constitution Art. I, Sec. 17(a) provides that No property shall be taken without Adequate compensation being made

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

(see) Carey vs. Piphus, 98 S.ct. 1042 (1978) Procedural due process rules are ment to protect persons from mistaken or unjustified deprivation of property (see) (HARM to me). In, Sawyer vs. TX. Dept. of Crim. Justice 983 S.W. 2d 310 (TX. App. Houston 1st Dist. '98) Tangible personal property within meaning of provision of Tort Claims Act waiving state's sovereign immunity. V.T.C.A. Civil Practice & Remedies Code Section 101.021(2). Sergeant-Sweet is not hispanic so his subordinates do not want to obey his orders he is afraid to file grievance against them because of retaliation against him. This harm resulted in mental anguish to me in addition to monetary harm and Federal rights I seek redress. 261 S.W. 3d 297, '08

**Action Requested to resolve your Complaint.** Reimburse my property to me and instruct Sgt. Sweet staff how to use Employee grievance complaint against other staff's insubordination OCT 25 2018

**Offender Signature:** [signature] #156085   **Date:** 25 October 2018

**Grievance Response:**

EXHIBIT A

An investigation has been conducted into your complaint. Upon investigation, the property officer contends that the item in question was not turned into property room. Furthermore, there is no PROP-8 for the date of incident noted in your grievance. No further action is warranted by this office.

[signature] Warden G. Miller

**Signature Authority:** _____  **Date:** 12/4/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. * 410
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
2nd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
3rd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

EXHIBIT A

JAN 31 2019

# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

| | |
|---|---|
| Offender Name: Franklin, Benjamin | TDCJ # 1561085 |
| Unit: McConnell | Housing Assignment: 3 B 67 T |
| Unit where incident occurred: McConnell | |

**OFFICE USE ONLY**
Grievance #: 2019026178
UGI Recd Date: DEC 10 2018
HQ Recd Date: DEC 17 2018
Date Due: 1/19/19
Grievance Code: 512
Investigator ID#: 11312
Extension Date:

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Grievance Number 2019026178 I had Commissary Item number: 009111-D-Gloves-Jersey inside my locker when order by staff to exist my cell due to a Lock-Down unit cell inside cell search when I returned as ordered by staff it was not inside cell. I lost property as result of staff Grievance Code: 515 unconstitutional deprivation of property without due process of law both Texas and Federal. Violation of T.D.C.J PD-22 Rule 7 Substandard Duty Performance of the officer that search my cell on said date with camera record and Sergeant Sweet because he admitted to me and all inmates in dayroom that he order them to write confiscation paper PROP-8 form the staff willfully violated T.D.C.J. PD-22 Rule 36 - Insubordination and Sergeant Sweet, willfully disobeyed policy by not filing an employee Grievance that he was having problems with staff obeying him. He did nothing but came back and complain to inmates like we are suppose to make the officer file confication paper the Sergeant is clearly illegitmented to hold rank he does not want to uphold the T.D.C.J. Policy nor standard for U.S.A. is guilty just as much as the officer that search the cell. I need my Gloves returned to me or reimbursed for lost of my property. Further Action is warranted. The Grievance investigator is at fault for not codeing Step 1 properly with 515 instead of 512. Since Response states no property return to Property room no PROP-8

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

EXHIBIT H

paper-Form. So this proves it is coded wrong intentionally! CONSPIRACY meeting of the minds of employees.

Offender Signature: BC #1561085   Date: 7 December 2018

**Grievance Response:**

Your property complaint has been reviewed by this office. Staff statements were obtained and reviewed. However, your allegations of your gloves being confiscated could not be substantiated. Therefore, no further action will be taken.

Signature Authority: M. BLALOCK   Date: 1-15-19

Returned because: *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission   CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

2nd Submission   CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

3rd Submission   CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

I-128 Back (Revised 11-2010)   Appendix G

Benjamin Franklin, #1561085
McConnell Unit
3001 S. Emily drive
Beeville, TX 78102

United States District Court Southern Texas
Office of Clerk
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

David J. Bradley, Clerk of Court
MAR 11 2019
United States Courts
District of Texas
FILED