IN THE United States District Court
Southern District of Texas
Corpus Christi Division

Benjamin Franklin
   Plaintiff

vs.

Christopher D. Sweet; John Doe - Officer;
John Doe - Grievance Investigator #2547
_____
Individually AND IN their official capacities
   Defendants

SUMMONS
Civil Action No. _____

TO THE ABOVE-NAME DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is: McConnell Unit, 3001 S. Emily drive, Beeville, Texas 78102, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____

1 of 3 copies

Benjamin Franklin, #1561085
Mcconnell Unit
3001. Emily drive
Beeville, Texas 78102

United States Court Southern District of Texas
Office of the Clerk
1133 North Shoreline Blvd. Room 208
Corpus Christi, Texas 78401